UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CECIL J. HART,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　　　Defendant. | CASE NO. 3:23-cv-05347-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed de novo the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 6);

2. Plaintiff's Complaint fails to state a claim upon which relief may be granted under 42 U.S.C. § 1983;

3. Plaintiff's application to proceed *in forma pauperis* is DENIED; and

4. Plaintiff's action is DISMISSED without prejudice.

5. The Clerk is directed to send copies of the Order to Plaintiff.

Dated this 27th day of July 2023.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2